## Cities Service Oil Company v. Union Real Estate Company, Appellant.

Argued October 11, 1965. Before BELL, C. J., MUSMANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused February 15, 1966.

*Charles M. Grimstad,* with him *J. N. Poffinberger, Jr.,* and *Kirkpatrick, Pomeroy, Lockhart and Johnson,* for appellant.

*David R. Levin,* for appellants.

*J. Craig Kuhn,* with him *Arnold D. Wilner,* and *Wilner, Wilner and Kuhn,* for appellees.

OPINION PER CURIAM, November 23, 1965:
Decree affirmed. Each party to pay own costs.

CONCURRING OPINION BY MR. JUSTICE COHEN:
I would clarify the decree so that it would not be necessary to refer to the testimony to determine the extent of its application and the activities restrained.